## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT L. ADAMS, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO.  25-1627 |
| | : | |
| LT. MINERVA, *et al.*, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 17th day of February 2026, upon consideration of the motion of defendant Lieutenant Minerva for the partial dismissal of plaintiff Robert L. Adams's complaint (DI 23), it is **ORDERED**:

1.      The motion (DI 23) is **GRANTED** for the reasons stated in our accompanying memorandum, and Count II of the complaint, alleging a claim for First Amendment retaliation, is **DISMISSED WITHOUT PREJUDICE** as to Lieutenant Minerva only.

2.      Lieutenant Minerva shall file a responsive pleading in accordance with Federal Rule of Civil Procedure 12(a)(4).

_____
MURPHY, J.